IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEANDRE CURRINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:12-CV-882-TMH |
| | ) [WO] |
| | ) |
| MAYOR BLACKMON, et al., | ) |
| | ) |
| Defendants. | ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On October 11, 2012, Deandre Currington ["Currington"] filed a 42 U.S.C. § 1983 complaint challenging the medical restitution policy instituted at the Dale County Jail. Upon initiation of this cause of action, Currington sought leave to proceed *in forma pauperis*. In support of this request, Currington submitted financial information indicating the availability of funds necessary for payment of the requisite filing fee.

Based on the foregoing, the court entered an order pursuant to the provisions of 28 U.S.C. § 1915(b)(1) requiring that Currington pay the requisite $350.00 filing fee. *Order of October 16, 2012 - Court Doc. No. 4*. The court advised Currington that it is his responsibility to undertake the appropriate measures to ensure payment of the filing fee and specifically cautioned him that failure to pay the fee would result in the dismissal of this case. *Id*. at 1-2. The time for Currington to submit payment of the filing fee expired on January 7, 2013. Currington has failed to submit payment of the filing fee in accordance

with the directives of the orders of this court. The court therefore concludes that this case is due to be dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to pay the $350.00 filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as ordered by this court.

It is further

ORDERED that on or before February 15, 2013, the parties may file objections to this Recommendation. Any objections filed must clearly identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981,

*en banc*), adopting as binding precedent all decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE, this 1st day of February, 2013.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE