IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEANDRE CURRINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:12cv882-TMH |
| | ) | |
| MAYOR BLACKMON, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AND OPINION**

On February 1, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 12). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is DISMISSED without prejudice for failure of the plaintiff to pay the $350.00 filing fee in accordance with the provisions of 28 U.S.C. § 1915 as ordered by this court.

Done this the 26th day of February, 2013.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR   UNITED   STATES   DISTRICT   JUDGE